IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BAYVIEW LOAN SERVICING, LLC, *et al.*, :
:
Plaintiffs, :
:
v. : CIVIL ACTION NO. 10-1451
:
LAW FIRM OF RICHARD M. SQUIRE & :
ASSOCIATES, LLC, *et al.*, :
:
Defendants. :

**ORDER**

**AND NOW**, this 13th day of December, 2010, upon consideration of the motion to dismiss (Docket No. 12) of defendants, the law firm of Richard M. Squire & Associates and M. Troy Freedman, plaintiffs' opposition thereto, and defendants' reply, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

    /s William H. Yohn Jr., Judge
William H. Yohn Jr., Judge