IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| BAYVIEW LOAN SERVICING, LLC *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 10-1451 |
| | : | |
| LAW FIRM OF RICHARD M. SQUIRE & ASSOCIATES, LLC *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 11th day of May, 2011, upon consideration of the motion for partial summary judgment (Docket No. 32) of plaintiffs, Bayview Loan Servicing, LLC and IB Property Holdings, LLC, the memorandum in support thereof, and the responses and replies thereto, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

      /s William H. Yohn Jr., Judge
          William H. Yohn Jr., Judge